CCA #   13-13-00372-CR

OFFENSE:   Sexual Assault   **547-15**
**548-15**
**549-15**
**550-15**

STYLE:   DAVID ALLEN RUSSELL v. THE STATE OF TEXAS

COUNTY:   Collin

TRIAL COURT:   199th District Court
TRIAL COURT #:   199-81323-2012
TRIAL COURT JUDGE:   Hon. Angela Michelle Tucker

DISPOSITION: Affirmed

DATE: _____

JUSTICE: _____ PC ___ S ____

PUBLISH: _____   DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: April 9, 2015

JUDGE: Chief Justice Valdez

CLK RECORD: ___X_____
RPT RECORD: ___X_____
STATE BR: ___X_____
APP BR: ___X_____

SUPP CLK RECORD _X_____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

**IN THE COURT OF CRIMINAL APPEALS**

**547-15**
**548-15**
**549-15**
**550-15**

CCA # _____

----------------------

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_refused_
DATE: _July 29, 2015_
JUDGE: _PC_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____